*Thursday, November 16, 1995*

## MOTION DOCKET

**93–2592.** State v. Berry. *Cuyahoga County*, No. 60531. On motion to appoint psychiatric expert and independent counsel, and to schedule competency hearing; motion to uphold death sentence filed *pro se;* motion to strike; and motion to dismiss Ohio Public Defender's Office and to retain Cynthia A. Yost, filed *pro se.* Psychiatric expert only appointed and competency hearing scheduled; all other motions denied.

COOK, J., would deny all motions.

## DISCIPLINARY DOCKET

**92–419.** Disciplinary Counsel v. McMahon. On motion for order to appear and show cause. Motion for order to show cause granted; respondent is not ordered to appear.

COOK, J., would also give respondent notice that possible sanctions include disbarment.

**95–1219.** Columbus Bar Assn. v. Winkfield. On motion to participate in oral argument. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

WRIGHT, J., not participating.

**95–1665.** Disciplinary Counsel v. Fortado. On motion to participate in oral argument. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

WRIGHT, J., not participating.

*Friday, November 17, 1995*

## MOTION DOCKET

**95–953.** White v. Clinton Cty. Bd. of Commrs. *Clinton County*, No. CA94–08–020. On November 13, 1995, appellees filed a merit brief and supplement to the brief which were due November 9, 1995. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a document that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective November 15, 1995, that appellees' merit brief and supplement to the brief be, and hereby are, stricken.

WRIGHT, J., not participating.

*Monday, November 20, 1995*

## DISCIPLINARY DOCKET

**94–1838.** Disciplinary Counsel v. Carretta. This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Ernest Craig Carretta.

The court coming now to consider its order of April 19, 1995, suspending respondent, Ernest Craig Carretta, Attorney Registration No. 0001945, last known address in Fairborn, Ohio, from the practice of law in Ohio for six months pursuant to Gov.Bar R. V(6)(B)(3) finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that Ernest Craig Carretta be, and hereby is, reinstated to the practice of law in the state of Ohio, effective November 16, 1995.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Carretta* (1995), 72 Ohio St.3d 42, 647 N.E.2d 471.